In the Matter of the Accounting of OBADIAH W. F. RANDOLPH, as Substituted Trustee under the Wills of CHARLES F. RANDOLPH, Deceased, and GEORGE F. RANDOLPH, Deceased, and as Trustee under the Will of EDWARD F. RANDOLPH, Deceased, Appellant.

GEORGE F. R. ALBERTSON et al., Respondents.

*Matter of Randolph*, 150 App. Div. 902, appeal dismissed.
(Submitted January 6, 1913; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1912, which affirmed a decree of the New York County Surrogate's Court settling the account of appellant as substituted trustee under the wills of Charles F. Randolph and George F. Randolph, deceased, and as trustee under the will of Edward F. Randolph, deceased.

*L. E. Warren* for appellant.

*Frank M. Avery, Edgar J. Phillips* and *William Thorn Simpson* for respondents.

Appeal dismissed, with costs against appellant personally, on the ground that the order appealed from is not a final order; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.